# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ASIL HUBLEY,

    *Plaintiff*

v.

SPOKANE COUNTY JAIL and SCOTT BAUN,

    *Defendant*

Civil Action No.  2:15-CV-00350-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court ADOPTS the Report and Recommendation (ECF No. 13). The First Amended Complaint (ECF No. 12) is DISMISSED WITH PREJUDICE under 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.

    on an Order Adopting Report and Recommendation and Dismissing First Amended Compaint with Prejudice (ECF No. 14).

Date:  5/9/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
    *(By) Deputy Clerk*

Lennie Rasmussen